```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ELIZABETH RICHARDSON,

                Plaintiff,
                                        MEMORANDUM & ORDER
        -against-                       14-CV-1255(JS)(WDW)

CATHOLIC HEALTH SERVICES OF LONG
ISLAND, and CHS SERVICES, INC.,

                Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Elizabeth Richardson, pro se
                    15 Armstrong Street
                    Brentwood, NY 11717

For Defendants:     No appearances.
```

SEYBERT, District Judge:

On February 27, 2014, pro se plaintiff Elizabeth Richardson ("Plaintiff") commenced the instant action against Catholic Health Services of Long Island and CHS Services, Inc. ("Defendants") asserting claims of employment discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified 42 U.S.C. § 2000e et seq. Plaintiff's Complaint was accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED. The Clerk of the Court is directed to issue Summonses for

the Defendants and to forward the Summonses, a copy of the Complaint, and a copy of this Order to the United States Marshal Service for service upon the Defendants without prepayment of the filing fee forthwith. The Clerk of the Court is also directed to mail a copy of this Order to the <u>pro se</u> Plaintiff.

                                          SO ORDERED.

                                         <u>/s/ JOANNA SEYBERT      </u>
                                         Joanna Seybert, U.S.D.J.

Dated:    March <u>  20  </u>, 2014
       Central Islip, New York